United States District Court
Southern District of Texas
**ENTERED**
November 20, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:24-CR-00008 |
| | § | |
| JESUS NEFTALI PADILLA | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A show cause hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f) and 18 U.S.C. § 3148. Defendant was previously granted a bond after a detention hearing was held on January 25, 2024. A petition for action on pretrial release was filed on November 13, 2024 with the Court alleging that Defendant violated conditions 7(m) and 7(p)(i) of his bond conditions ordering that (1) he not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner and (2) he participate in a location restriction program and comply with its requirements as directed to include a curfew. (D.E. 46). The specific factual allegations are detailed in the petition.

At the hearing, the Defendant pled true to violating bond condition 7(m) and stood silent as to whether he violated bond condition 7(p)(i). The government presented the testimony of U.S. Probation Officers Cavazos and Perez. The government also admitted six exhibits without objection. Defense counsel proffered the testimony of Defendant

Padilla. Based on the evidence presented, the Court **FINDS** that Defendant Padilla did violate bond conditions 7(m) and 7(p)(i).

The following requires detention of the defendant pending trial in this case:

(1) There is probable cause to believe that Defendant has committed another Federal, State, or local law while on release;

(2) There is clear and convincing evidence that the Defendant has violated the condition of release; and

(3) Defendant is unlikely to abide by any condition or combination of conditions of release.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on November 20, 2024.

_____
Julie K. Hampton
United States Magistrate Judge